## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR IMMIGRATION )
STUDIES, )
1629 K Street, NW, Suite 600, )
Washington, DC 20006, )                    Civil Action No.
)
             Plaintiff, )
)
v. )
)
U.S. CITIZENSHIP AND IMMIGRATION )
SERVICES, )
5900 Capital Gateway Dr., Mail Stop 2180, )
Camp Springs, MD 20588-0009 )
)
            Defendant. )
_____ )

## COMPLAINT

Plaintiff Center for Immigration Studies ("CIS" or "Center") brings this action against

U.S. Citizenship and Immigration Services ("USCIS") to compel compliance with the Freedom

of Information Act ("FOIA"), 5 U.S.C. § 552.  Plaintiff alleges the following grounds:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B)

and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.      Plaintiff CIS ("Plaintiff") is a non-profit, research and educational foundation

organized under the laws of the District of Columbia and having its principal place of business at

1629 K Street, NW, Suite 600, Washington, D.C.  Plaintiff seeks to educate immigration

policymakers, the academic community, news media, and concerned citizens with reliable

information about the social, economic, environmental, security, and fiscal consequences of legal

and illegal immigration into the United States. In furtherance of its public interest mission,

Plaintiff regularly requests access to the public records of federal agencies, entities, and offices,

and disseminates its findings to the public.

4.      Defendant USCIS is an agency of the U.S. Government and is headquartered at

5900 Capital Gateway Dr., Camp Springs, Maryland. USCIS is a component of the U.S.

Department of Homeland Security ("DHS"). USCIS has possession, custody, and control of

certain public records to which Plaintiff seeks access.

## STATEMENT OF FACTS

5.      On June 1, 2021, Plaintiff submitted a FOIA request to USCIS via FOIA portal

seeking the following records:

> All records sent or received electronically by Felicia Escobar Carrillo from
> January 20, 2021 to the present.

6.      Plaintiff received an automatic reply assigning this FOIA request Control Number

COW2021002089.

7.      On June 1, 2021, Plaintiff submitted a FOIA request to USCIS via FOIA portal

seeking the following records:

> All records sent or received electronically by Amanda Baran from January 20,
> 2021 through the present.

8.      Plaintiff received an automatic reply assigning this FOIA request the Control

Number COW2021002093.

9.    On June 1, 2021, Plaintiff submitted a FOIA request to USCIS via FOIA portal seeking the following records:

> All records sent or received electronically by A. Ashley Tabaddor from January 20, 2021 to the present.

10.    Plaintiff received an automatic reply assigning this FOIA request the Control Number COW2021002090.

11.    Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), Defendant was required to determine whether to comply with Plaintiff's FOIA requests within twenty (20) working days after receipt of that request and to notify Plaintiff immediately of its determination, the reasons therefore, and the right to appeal any adverse determination.  Accordingly, Defendant's determination of Plaintiff's FOIA requests were due by June 29, 2021 at the latest.

12.    As of the date of this Complaint, USCIS has failed to: (i) determine whether to comply with Plaintiff's FOIA requests; (ii) notify Plaintiff of any such determinations or the reasons for such determination for the FOIA requests; (iii) advise Plaintiff of the right to appeal any adverse determination of the FOIA requests; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

13.    Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A) with respect to the FOIA requests, Plaintiff is deemed to have exhausted any and all administrative remedies with respect to that request, pursuant to 5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

14.    Plaintiff re-alleges paragraphs 1 through 13 as if fully stated herein.

15.    Defendant is unlawfully withholding public records requested by Plaintiff pursuant to 5 U.S.C. § 552.

13.     Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of the requested public records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all records responsive to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendants to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and a Vaughn index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  January 18, 2021                                    Respectfully submitted,

/s/ Julie B. Axelrod
D.C. Bar No. 1001557
Center for Immigration Studies
1629 K Street, NW, Suite 600
Washington DC, 20006
Telephone: 202-466-8185
FAX (202) 466-8076
Email: jba@cis.org

4